No. 22, Original. STATE OF GEORGIA *v.* STATE OF SOUTH CAROLINA. Motion for an order of reference submitted June 1, 1920. Order entered June 7, 1920. Motion for the appointment of a special master to take such testimony as may be necessary and to receive in evidence such exhibits as may be offered by the parties hereto, granted, and, on the suggestion of counsel for both parties, Mr. Charles S. Douglas, of Washington D. C., appointed

as such special master and directed to report the testimony and exhibits to the court without conclusions of law or findings of fact.